UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS FONSECA-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOM[S] ENFORCEMENT,<br><br>Respondent. | Case No. SACV 17-106 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition is denied. The Clerk shall enter judgment accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: 6/20/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE