UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS FONSECA-MARTINEZ, | ) Case No. SACV 17-106 DSF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| IMMIGRATION AND CUSTOM[S] ENFORCEMENT, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied.

DATED: 6/20/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE